IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEPHANIE MARRERO AND
CITY OF GROVELAND,

     Appellants,

  v.

Case No. 5D22-1069
LT Case No. 2020-CA-1392

MARINA DEL REY HOMEOWNERS
ASSOCIATION, INC., AND SENTRY
MANAGEMENT, INC.,

     Appellees.

_____/

Decision filed May 9, 2023

Appeal from the Circuit Court
for Lake County,
Michael G. Takac, Judge.

Brian J. Lee, of Morgan & Morgan,
Jacksonville, for Appellant, Stephanie
Marrero.

Derek J. Angell and Jennifer C.
Barron, of Roper, P.A., Orlando,
for Appellant, City of Groveland.

Shaun R. Koby, E. Taylor George, and Kerry McKeown, of Lydecker LLP, Tampa, for Appellees.

PER CURIAM.

AFFIRMED.

LAMBERT, C.J., MAKAR and SOUD, JJ., concur.